**CHAPTER 13 TRUSTEE TRUST ACCOUNT**                                              921549

UNITED STATES BANKRUPTCY COURT            Mar 15, 2005              $6,069.87
ROOM B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

Payments found to be undeliverable, detailed on
the attached listing, for deposit into the registry
of the court.

---

UNITED STATES
BANKRUPTCY COURT
Eastern District of Louisiana
   New Orleans Division                  FIRST AMERICAN BANK & TRUST             921549
                                              METAIRIE, LA 70005
   # 00213499 — KL                              84-242/654
   March 22, 2005

                                                   DATE                 AMOUNT

Code    Case #    Qty    Amount            March 15, 2005      *************$6,069.87

TREASURY 16-ch 13s       6,069.87 CK
                                         ) Dollars
TOTAL →   6,069.87
                                         COURT

FROM: BEAULIEU                                      /s/ Beaulieu Jr.
                                                 AUTHORIZED SIGNATURE
                ■ ₪ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ₪ ■
                ⑈065402423⑈: 690  272  3⑈"

*Handwritten:* 3/22/05
of this — # 4203 84
deposited to 6047BK for
Case # 03-13377
Johnson, debtors
la



| Date: Tue Mar 15, 2005 | REGISTRY CHECK #921549 | | Page: 1 |
| Time: 11:50 AM | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---------|------|-------|--------|------------------------------------|
| 0012893 | HARRISON | BENJAMIN J | 1.19 | OUPAC INC |
|  | 28442 HOLLY DR | | | PO BOX 7266 |
|  | LACOMBE LA | 70445 | | OPELOUSAS LA  70571 |
| 0014857 | RICHARDSON | BARBARA | 1.16 | |
|  | 224 BISHOP DR | | | |
|  | WESTWEGO LA | 70094 | | |
| 0014857 | RICHARDSON | BARBARA | 34.33 | ADVANCE AMERICA |
|  | 224 BISHOP DR | | *Total 35.49* | 5011 LAPALCO BLVD |
|  | WESTWEGO LA | 70094 | | MARRERO LA  70072 |
| 0015699 | JOHNSON | WILFRED L | 4.53 | |
|  | 1515 BELLE POINT BLVD | | | |
|  | LAPLACE LA | 70068 | | |
| 0112484 | PIERCE | WARREN | 177.97 | |
|  | 1028 ELIZA ST | | | |
|  | NEW ORLEANS LA | 70114 | | |
| 0113603 | HEBERT | PAMELA S | 201.56 | HEARTHWOOD EAST CONDOMINIUM |
|  | 11117 OLD SPANISH TRAIL | | | 5501 BUNDY RD |
|  | NEW ORLEANS LA | 70127 | | NEW ORLEANS LA  70127 |
| 0115063 | MITCHELL SR | MICHAEL | 210.00 | PARAMOUNT ACCEPTANCE |
|  | MITCHELL | SHARON ANN | | |
|  | 3717 MELISSA DR | | | PO BOX 474 |
|  | HARVEY LA | 70058 | | SALT LAKE CITY UT  84117 |
| 0116182 | JONES | WANDA | 1.84 | |
|  | 2734 DAWSON ST | | | |
|  | KENNER LA | 70062 | | |
| 0217369 | DAVIS | CAREY | 115.00 | |
|  | 58 CURTIS DR | | | |
|  | NEW ORLEANS LA | 70126 | | |
| 0217756 | WINFORD | RONALD E | 166.78 | |
|  | WINFORD | CYNTHIA | | |
|  | 1425 MANDEVILLE ST | | | |
|  | NEW ORLEANS LA | 70117 | | |
| 0311560 | STEVENSON | JOHN HENRY | 115.00 | |
|  | STEVENSON | VIRGINIA MARTIN | | |
|  | PO BOX 872555 | | | |
|  | NEW ORLEANS LA | 70187 | | |
| 0313377 | JOHNSON | KENNETH | 4,203.84 | |
|  | JOHNSON | PATRICIA | | |
|  | 193 W ASH ST | | | |
|  | PONCHATOULA LA | 70454 | | |
| 0313784 | BULLOCK | DORENA | 137.42 | |
|  | 2887 LAW ST | | | |
|  | NEW ORLEANS LA | 70117 | | |
| 0410214 | PITTMAN II | HASTON | 41.66 | LITTON LOAN SERVICING LP |
|  | | | | FORMERLY BANK ONE NA |
|  | 218 DOGWOOD ST | | | PO BOX 90415 |
|  | SLIDELL LA | 70460 | | PALATINE IL  60094 |

5,412.28